FILE COPY



BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 8, 2021

Cedric DeWayne McNeal
TDCJ-ID #2317254
Montford Unit
8602 Peach Street
Lubbock, TX 79404

Hillary Netardus
Attorney at Law
P.O. Box 50652
Amarillo, TX 79159
* DELIVERED VIA E-MAIL *

John L. Owen
Assistant District Attorney
501 South Fillmore Street, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-20-00013-CR, 07-20-00014-CR, 07-20-00015-CR, 07-20-00016-CR
Trial Court Case Number: 76,641-B, 76,642-B, 76,722-B, 77,067-B

**Style:** Cedric Dewayne McNeal v. The State of Texas

Dear Mr. McNeal and Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc: Honorable John B. Board (DELIVERED VIA E-MAIL)
Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Carley Snider (DELIVERED VIA E-MAIL)